IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

VERSUS

LUTHER LEVI FLOWERS         CRIMINAL NO. 1:21cr00072-LG-RHWR
SHAWN MICHAEL TULLOS     CRIMINAL NO. 1:21CR0099-LG-RPM

### ORDER SETTING PRETRIAL CONFERENCE

The above Southern Division cases out of this District, are set for **TRIAL** to be heard during a **three-week criminal trial calendar** beginning **Monday, November 1, 2021,** Judge Louis Guirola, Jr., presiding.

The Docket for Pretrial Conferences will be called on **Wednesday, October 27, 2021, at 1:30 p.m., COURTROOM 606, U.S. Courthouse, Gulfport, MS**.  At that time, the Court will conduct pretrial conferences pursuant to Rule 17.1 of the Federal Rules of Criminal Procedure.  **A date certain will be selected during the Pretrial Conference for the trial to commence. The parties should have their calendars available and be prepared to discuss available dates for a firm trial setting.**

Defendants and their counsel are required to be present <u>unless</u> they have, for good cause, been excused by the Court.  **FAILURE TO DO SO WILL RESULT IN SANCTIONS BEING IMPOSED BY THE COURT.**  If a defendant has elected to enter a guilty plea and a plea date has been arranged with the Court prior to the pretrial conference date, that defendant and counsel may be excused from attending the pretrial conference.

***\*\* PLEASE NOTE: THE PARTIES MUST BE PREPARED TO MOVE FORWARD WITH ANY PENDING MOTIONS AT THE PRETRIAL CONFERENCE\*\****

Proposed **JURY INSTRUCTIONS** are to be submitted to the Court via email to guirola_chambers@mssd.uscourts.gov, in Word format, with a copy to opposing counsel, six (6) days prior to the date for which trial is set. These Instructions must be numbered, separated, bear the style and number of the case, and list authorities in support thereof at the bottom of each

instruction.

**EXHIBIT LISTS and WITNESS LISTS** must be submitted to the Court in Word format via email to guirola_chambers@mssd.uscourts.gov, with copies to opposing counsel, six (6) days prior to the date for which trial is set. An example of the Exhibit List is attached below.

Marking Exhibits – Premark the front of the exhibits with a colored exhibit sticker on the bottom of the exhibit. If doing so would cover important information on the exhibit, place the sticker in another location. Government's exhibits will be listed as G-1, G-2, etc. Defendant's exhibits will be listed as D-1, D-2, etc. If the case has multiple defendants, use unique identifiers such as if the defendant's names are Jones and Smith, mark as DJ-1, DJ-2, etc. for defendant Jones and DS-1, DS-2, etc. for defendant Smith.

## ADVISORY FOR LIMITING PERSONAL INFORMATION IN TRANSCRIPTS:

The judiciary's privacy policy restricts the publication of certain personal data in documents filed with the court.  The policy requires limiting Social Security and financial account numbers to the last four digits, using only initials for the names of minor children, and limiting dates of birth to the year.  [For criminal cases, also limit home addresses to city and state.]  However, if such information is elicited during testimony or other court proceedings, it will become available to the public when the official transcript is filed at the courthouse unless, and until, it is redacted.  The better practice is for trial lawyers to avoid introducing this information into the record in trial.  Please take this restriction into account when questioning witnesses or making other statements in court.  If a restricted item is mentioned in court, the attorney may ask to have it stricken from the record or partially redacted to conform to the privacy policy, or the court may elect to do so on its own motion.

**As part of the Fifth Circuit's Implementation of the Electronic Record on appeal, the Court will now scan and docket exhibits admitted into evidence at trial _and_ during other evidentiary hearings in civil and criminal cases in which a notice of appeal has been filed. The said exhibits will be available to the public and it is the responsibility of the parties to redact according to the E-government Act of 2002 when presenting exhibits.**

Date: October 4, 2021                                         *s/ Louis Guirola, Jr.*
                                                              LOUIS GUIROLA, JR.
                                                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:19-cr-#####-LG-XXX(#)

JANE DOE

**GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | SPONSOR | I.D. | EVID. |
|---|---|---|---|---|
| G-1 | Give brief description of exhibit | Leave blank Courtroom Deputy to Complete During Trial | Leave blank Courtroom Deputy to Complete During Trial | Leave blank Courtroom Deputy to Complete During Trial |
| G-2 | | | | |
| G-3 | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |